McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 268-5610
    Facsimile:  (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STEVEN SCHERMERHORN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br><br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-02314-WBS-KJN<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, by and through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to 205(g) of the Social Security Act, as amended. 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reassess Plaintiff's subjective statements about symptoms. The Appeals Council will instruct the ALJ to evaluate further whether Plaintiff has the residual functional capacity to perform his past relevant work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for

Plaintiff given his vocational factors (age, education, and work experience) and residual functional capacity. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 17, 2020  LAW OFFICES OF HELEN R. ZANE

By:  /s/ Helen R. Zane*
HELEN R. ZANE
Attorney for Plaintiff
(*As authorized via telephone on June 17, 2020

Dated: June 18, 2020  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ S. Wyeth McAdam
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:  June 22, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sche.2314

Stip. for Remand, 2:19-cv-02314-WBS-KJN