UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHERMERHORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:19–cv–2314–WBS–KJN<br><br>ORDER ON STIPULATED EAJA FEES<br><br>(ECF No. 23) |

　　　Pursuant to the parties' joint stipulation for fees and costs (ECF No. 23) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §§ 2414 et seq., IT IS HEREBY ORDERED that:

1. Defendant will pay Plaintiff a total of $7,100.00 in EAJA fees and $225.00 in costs and expenses. These amounts are payable to Plaintiff, not directly to her counsel. Payment will be mailed to Plaintiff's attorney: David F. Chermol, Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA, 19116; and

2. Defendant's payment of these amounts (a) bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action; and (b) is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated:  August 31, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1